IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM BUCCI,<br><br>Defendant. | CRIMINAL ACTION<br>NO. 14-191 |

## ORDER

**AND NOW**, this 23rd day of March 2021, upon consideration of Defendant's Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 113), and the Government's Response to Defendant's Motion (Doc. No. 115), it is **ORDERED** that Defendant's Motion (Doc. No. 113) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.